## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Miles, Teisha | Case Number:  05 B 61557 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/10/08 | Filed:  10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  December 20, 2007

Confirmed:  January 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,962.96 | |
| Secured: | | 0.00 |
| Unsecured: | | 409.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 158.39 |
| Other Funds: | | 1.04 |
| Totals: | 2,962.96 | 2,962.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,394.00 | 2,394.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Illinois Bell Telephone | Unsecured | 188.39 | 188.39 |
| 5. | Debt Recovery Solutions | Unsecured | 21.92 | 21.92 |
| 6. | Capital One | Unsecured | 92.40 | 92.40 |
| 7. | Asset Acceptance | Unsecured | 106.82 | 106.82 |
| 8. | AFNI | Unsecured | | No Claim Filed |
| 9. | Account Recovery Service | Unsecured | | No Claim Filed |
| 10. | Credit Management Service | Unsecured | | No Claim Filed |
| 11. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Asset Acceptance | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Boyajian Law Offices | Unsecured | | No Claim Filed |
| 16. | Cingular Wireless | Unsecured | | No Claim Filed |
| 17. | Superior Asset Management | Unsecured | | No Claim Filed |
| 18. | Credit Collection | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 21. | Charter One Bank | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | Direct Tv | Unsecured | | No Claim Filed |
| 24. | Andrew J Kopko | Unsecured | | No Claim Filed |
| 25. | Debt Recovery Solutions | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Miles, Teisha

Printed:  6/10/08

Case Number:  05 B 61557

Judge:  Goldgar, A. Benjamin

Filed:  10/16/05

| | | | |
|---|---|---|---|
| 26. | Enterprise Rent A Car | Unsecured | No Claim Filed |
| 27. | GC Services Collection Agency | Unsecured | No Claim Filed |
| 28. | Indiana Dept of Workforce Deve | Unsecured | No Claim Filed |
| 29. | Lake County IL | Unsecured | No Claim Filed |
| 30. | Emergency Medical Associates | Unsecured | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | No Claim Filed |
| 32. | Oxford Management Services | Unsecured | No Claim Filed |
| 33. | Oxford Management Services | Unsecured | No Claim Filed |
| 34. | US Cellular | Unsecured | No Claim Filed |
| 35. | Ray's Collision & Detail | Unsecured | No Claim Filed |
| 36. | ASG | Unsecured | No Claim Filed |
| 37. | Talk America | Unsecured | No Claim Filed |
| 38. | The Auto Club Group | Unsecured | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | No Claim Filed |

$ 2,803.53          $ 2,803.53

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 15.13 |
| 5% | 5.92 |
| 4.8% | 10.84 |
| 5.4% | 126.50 |
| | $ 158.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

